# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JEREMIAHA JOHNSON**                                                         **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO.: 3:23cv076-GHD-JMV**

**DESOTO COUNTY, MISSISSIPPI, et al.**                               **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, J. Cody Hallmark, and moves to withdraw as counsel of record for Defendants DeSoto County, Mississippi, Joe Weatherly, Jason Crawford, and Jacob Conerly, (hereafter "Defendants"), and respectively requests the Court to enter an Order permitting same. As support, the undersigned states the following:

1. On April 13, 2023, the undersigned attorney entered his appearance as counsel of record for the Defendants herein. [Doc #: 03].

2. Thereafter, on April 13, 2023, attorney R. Jeff Allen of Hunt Ross & Allen, P.A., filed his *Entry of Appearance* as additional counsel of record for the Defendants. [Doc #: 04].

3. Now, the undersigned attorney moves to withdraw as counsel for the Defendants and requests that the Court enter an Order permitting his withdrawal.

4. Because Defendants will continue to be represented by attorney R. Jeff Allen, no delay and no prejudice will result from granting the relief requested herein.

5. Due to the nature of the instant motion, the undersigned requests that he be relieved of any obligation to file a supporting memorandum.

Respectfully Submitted, this 27th day of October, 2023.

By:    /s/ *J. Cody Hallmark*
        J. Cody Hallmark (Bar No. 105941)
        jcodyhallmark@huntross.com
        HUNT ROSS & ALLEN
        P.O. Box 1196
        Clarksdale, MS 38614
        662-627-5251 (telephone)
        ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, J. Cody Hallmark, hereby certify that on October 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Ronald W. Lewis | David G. Hill |
| ron@ronlewislaw.com | dhill@hmlf.net |
| Lewis Law Firm | Law Office of David G. Hill |
| 404 Galleria Drive | P.O. Box 429 |
| P.O. Box 2729 | Oxford, MS 38655 |
| Oxford, MS 38655 | ***Attorney for Plaintiff*** |
| ***Attorney for Plaintiff*** | |

This, the 27th day of October, 2023.

        /s/ *J. Cody Hallmark*
        J. Cody Hallmark